| CRISTOFER N. ROGERS |
|---|
| Name |
| GOOSE CREEK CORRECTIONS |
| Prison Number |
| 509305 |
| Place of confinement |
| PO BOX 877790 |
| Mailing address |
| WASILLA, ALASKA  99687 |
| City, State, Zip |
| 864-8100 |
| Telephone |



RECEIVED
JUL 27 2016
Clerk, U.S. District Court
Anchorage, A.K.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

CRISTOFER N. ROGERS ,
(Enter full name of plaintiff in this action)

Plaintiff,

vs.

FRED MEYERS CORPORATION ,

PETER JOHN HENRY ,

_____ ,
(Enter full names of defendant(s) in this action.
Do NOT use *et al.*)

Defendant(s).

Case No. 3:16-CV-00159-TMB
(To be supplied by Court)

**PRISONER'S
COMPLAINT UNDER
THE CIVIL RIGHTS ACT
42 U.S.C. § 1983**

## A. Jurisdiction

Jurisdiction is invoked under 28 U.S.C. § 1343(a)(3).

## B. Parties

1. <u>Plaintiff</u>: This complaint alleges that the civil rights of CRISTOFER N. ROGERS ,
(print your name)

who presently resides at GOOSE CREEK CORRECTIONS ,
(mailing address or place of confinement)

were violated by the actions of the individual(s) named below.

2. **Defendants** (Make a copy of this page and provide same information if you are naming more than 3 defendants):

Defendant No. 1, __FRED MEYERS CORPORATION__ is a citizen of
                                               (name)
__ALASKA__, and is employed as a __CORPORATION__.
(state)                                      (defendant's government position/title)

__X__ This defendant **personally participated** in causing my injury, and I want **money damages**.
**OR**
____ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 2, __PETER JOHN HENRY__ is a citizen of
                       (name)
__ALASKA__, and is employed as a _____.
(state)                                        (defendant's government position/title)

__X__ This defendant **personally participated** in causing my injury, and I want **money damages**.
**OR**
____ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 3, _____ is a citizen of
                       (name)
__ALASKA__, and is employed as a _____.
(state)                                        (defendant's government position/title)

__X__ This defendant **personally participated** in causing my injury, and I want **money damages**.
**OR**
____ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

***REMINDER***
**You must exhaust your administrative remedies before your claim can go forward.**
**THE COURT MAY DISMISS ANY UNEXHAUSTED CLAIMS.**

**C. Causes of Action** (You may attach additional pages alleging other causes of action and facts supporting them if necessary. Make copies of page 5 and rename them pages 5A, 5B, etc. and rename the claims, "Claim 4," "Claim 5, etc.").

Claim 1: On or about <u>October, 2014</u>, my civil right to
(Date)

<u>Negligent Homicide; Wrongful Death.</u>
(Medical care, access to the courts, due process, freedom of religion, free speech, freedom of association, freedom from cruel and unusual punishment, etc. List **only one** violation.)

was violated by <u>FRED MEYER CORPORATION</u>
(Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 1. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 1.):

On or about October, 2014, at an Anchorage, Fred Meyers location. The store left the Gun Department unattended, and the defendant in this case, was able to obtain a weapon, that killed the Plaintiff's father; Mr. Marvell Johnson. The Fred Meyers Corporation is negligent for the death of the plaintiff's father, in this Wrongful Death situation. The plaintiff in this case is seeking One (1) Million Anually until this case, and criminal case, is completely resolved and settled;

The paintiff also seeks One (1) Million in punitive damages, for the lost of his father; who is gone for ever, due to the fact that this was a substantial lost. The father was a Mentor, and a Mediator in the Plaintiff's Child Custody and Child Support endeavors, as well as participated in many other endeavors, involving the Plaintiff in this case. The Plaintiff also believes this amount is appropriate, in this situation to also help in future counseling; healing and grieving matters.

Claim 2: On or about <u>October, 2014</u>, my civil right to
(Date)
<u>Murder, Negligent Homicide; Wrongful Death.</u>
(Medical care, access to the courts, due process, freedom of religion, free speech, freedom of association, freedom from cruel and unusual punishment, etc. List **only one** violation.)

was violated by <u>PETER JOHN HENRY: THE DEFENDANT.</u>
(Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 2. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 2.):

On or about October, 2014, the defendant in this case; Peter John Henry entered a Fred Meyers in the Anchorage area, and headed back to the Gun Department, where he took possession of a weapon, and ammunition. He then proceeded to the Plaintiff's father's house located at 7504 Island Dr. Anchorage Alaska 99504, where he shot and killed Mr. Marvell Johnson. He then with an accomplice; staged the scenery, as if a Robbery had taken place. The Defendant's Peter John Henry and his co-defendant; _____, was both arrested and charged with Murder in the First Degree. The Plaintiff seeks Compensatory and Punitive damages against both defendants, and the company Fred meyers for Criminal Negligence, for the Homicide of his father.

Claim 3: On or about <u>October, 2014</u>, my civil right to
(Date)

<u>Murder, Negligent Homicide; Wrongful Death.</u>
(Medical care, access to the courts, due process, freedom of religion, free speech, freedom of association, freedom from cruel and unusual punishment, etc. List **only one** violation.)

was violated by _____
(Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 3. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 3.):

On or about October, the Co-defendant in this case participated in killing the Plaintiff's father; Marvell Johnson, and aided and abetted the staging of the crime scene, as a Robbery had taken place. The Plaintiff is requesting (1) One Million in compensatory and punitive damages combined for the defendant's participation in the Murder and Wrongful Death of the plaintiff's father.

Prisoner § 1983 - 5
PS01, Nov. 2013

### D. Previous Lawsuits

1. Have you begun other lawsuits in **state or federal court** dealing with the **same facts** involved in this action, **or otherwise relating to your imprisonment?** _____ Yes _x_ No

2. If your answer is "Yes," describe each lawsuit.

a. <u>Lawsuit 1</u>:

Plaintiff(s):_____

Defendant(s):_____

Name and location of court:_____

Docket number:_____ Name of judge:_____

Approximate date case was filed:_____ Date of final decision: _____

Disposition: _____ Dismissed _____ Appealed _____ Still pending

Issues Raised:_____

b. <u>Lawsuit 2</u>:

Plaintiff(s):_____

Defendant(s):_____

Name and location of court:_____

Docket number:_____ Name of judge:_____

Approximate date case was filed:_____ Date of final decision: _____

Disposition: _____ Dismissed _____ Appealed _____ Still pending

Issues Raised:_____

3. Have you filed an action in federal court that was dismissed because it was determined to be frivolous, malicious, or failed to state a claim upon which relief could be granted?

_____Yes __x__ No

If your answer is "Yes," describe each lawsuit on the next page.

**Lawsuit #1 dismissed as frivolous, malicious, or failed to state a claim:**

a. Defendant(s):_____

b. Name of federal court _____ Case number: _____

c. The case was dismissed as: ___ frivolous, ___ malicious and/or ___ failed to state a claim

d. Issue(s) raised: _____

e. Approximate date case was filed:_____ Date of final decision: _____

**Lawsuit #2 dismissed as frivolous, malicious, or failed to state a claim:**

a. Defendant(s):_____

b. Name of federal court _____ Case number: _____

c. The case was dismissed as: ___ frivolous, ___ malicious and/or ___ failed to state a claim

d. Issue(s) raised:_____

e. Approximate date case was filed:_____ Date of final decision: _____

**Lawsuit #3 dismissed as frivolous, malicious, or failed to state a claim:**

a. Defendant(s):_____

b. Name of federal court _____ Case number: _____

c. The case was dismissed as: ___ frivolous, ___ malicious and/or ___ failed to state a claim

d. Issue(s) raised:_____

e. Approximate date case was filed:_____ Date of final decision: _____

**4. Are you in imminent danger of serious physical injury?** _____ Yes _____ No

If your answer is "Yes," please describe how you are in danger, without legal argument/authority: _____

_____

_____

_____

## F. Request for Relief

Plaintiff requests that this Court grant the following relief:

1. Damages in the amount of $ <u>Approximately 13 Million</u>

2. Punitive damages in the amount of $ <u>3 Million</u>

3. An order requiring defendant(s) to <u>Compel in damages sought</u>

4. A declaration that <u>that this affidavit is true and correct on grounds of perjury.</u>

5. Other: <u>Resquest an attorney if necessary.</u>

Plaintiff demands a trial by jury. __X__ Yes _____ No

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that s/he is the plaintiff in the above action, that s/he has read the above civil rights complaint and that the information contained in the complaint is true and correct.

Executed at <u>Wasilla, Ak</u> on <u>7-25-2016</u>
        (Location)                                   (Date)

_Rogero_
(Plaintiff's Signature)

_____  _____
Original Signature of Attorney (if any)                    (Date)

_____
_____
_____

Attorney's Address and Telephone Number



CRISTOFER N. ROGERS 509305
GOOSE CREEK CORRECTIONS
P.O. BOX 877790
WASILLA ALASKA 99687

LEGAL MAIL:

TO: UNITED STATE DISTRICT COURT
222 WEST 7TH AVENUE #4
ANCHORAGE ALASKA 99513-7564